UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED
JUL 17 2015
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

Zachary Sims

   Plaintiff,

v.

Synchrony Bank f/k/a GE Capital Retail Bank

   Defendant.

Case No. 3:15-CV-306

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for Zachary Sims, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

New York; New Jersey

[✓] **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 7/15/15

_____
(Signature–hand signed)

Name: Jeremy M. Glapion
Firm: The Glapion Law Firm
Address:
  1704 Maxwell Drive, Suite 102, Wall, NJ 07753

Email address: jmg@glapionlaw.com

Once your motion is granted, you must register for a CM/ECF account at http://www.tned.uscourts.gov/RegistrationForm.php.

*** INCLUDE CERTIFICATE(S) OF SERVICE ***




# THE UNITED STATES OF AMERICA

District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court, certify that

## Jeremy Glapion

was duly admitted and qualified to practice as an attorney in the District Court on the 2nd day of July, 2015.

In testimony whereof, I sign my name and affix the seal of this court, on this 2nd day of July, 2015.

Jeffrey P. Colwell
Clerk