UNITED STATES DISTRICT COURT
EASTER DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| ZACHARY SIMS,<br><br>    Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK f/k/a GE CAPITAL RETAIL BANK; and DOES 1-10,<br><br>    Defendants, | CASE NO. 3:15-CV-306-TAV-HBG<br><br>District Judge: Varlan<br><br>Magistrate Judge: Guyton |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

By stipulation of the undersigned, and pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Zachary Sims hereby gives notice that the above-captioned action is dismissed with prejudice.

Dated: January 12, 2016         */s/ Jeremy M. Glapion*

                                Jeremy M. Glapion
                                **THE GLAPION LAW FIRM, LLC**
                                1704 Maxwell Drive
                                Wall, New Jersey 07719
                                Tel: 732.455.9737
                                Fax: 732.709.5150
                                Attorney for Plaintiff Zachary Sims

Dated: January 12, 2016

                      **CHAMBLISS, BAHNER & STOPHEL, P.C.**

                      /s/ Alexander K. McVeagh
                      Alexander K. McVeagh, TN BPR No. 032259
                      Liberty Tower, Suite 1700
                      605 Chestnut Street
                      Chattanooga, Tennessee 37450
                      Telephone: (423) 757-0237
                      Facsimile: (423) 508-1237
                      Email: amcveagh@chamblisslaw.com

                      *Counsel for Defendant, Synchrony Bank, f/k/a GE Capital Retail Bank*